IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MALCOLM ANDERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) |
| | ) CASE NO. 3:13-1418 |
| vs. | ) JUDGE TRAUGER/KNOWLES |
| | ) |
| | ) |
| | ) |
| STATE OF TENNESSEE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This is a pro se action filed by Petitioner pursuant to 28 U.S.C. § 2254. Docket No. 1. His claim relates to an allegation that he was furloughed from state custody for medical reasons for approximately 29 days, but that that period of time was added to the end of his sentence, rather than being counted toward his sentence.

Judge Trauger has referred this action to the undersigned "for case management, decision on all pretrial, nondispositive motions and report and recommendation on all dispositive motions under 28 U.S.C. § 636(b)(1) and to conduct any necessary proceedings under Rule 72, Fed. R. Civ. P." Docket No. 10.

Pursuant to Rule 4 of the "Rules Governing Section 2254 Cases in the United States District Courts," Respondent shall file an Answer, Motion, or other Response to the Petition within forty-five (45) days of the date of entry of the instant Order.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge