# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MALCOLM D. ANDERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1418 |
| | ) | Judge Trauger |
| STATE OF TENNESSEE, | ) | Magistrate Judge Knowles |
| | ) | |
| Respondent. | ) | |

## O R D E R

On September 19, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 21), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by the respondent is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 10th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge